In the Matter of CARLTON WALKER, Appellant, v JONATHAN LIPPMAN, as Chief Judge of the New York Court of Appeals, et al., Respondents.

Submitted June 12, 2017; decided September 7, 2017

Motion for reconsideration of this Court's May 2, 2017 dismissal order denied.

Judges RIVERA and FEINMAN taking no part.